Certified as a True Copy
Ronald C. Weston, Sr., Clerk
By M. Hetherington
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date FEB 1 2008

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

WESTERN District of MICHIGAN

UNITED STATES OF AMERICA
V.
MARK E. ROCHA

## WARRANT FOR ARREST

Case Number: 1:08-mj-307 1:08-MJ-21 M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MARK E. ROCHA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

Willfully failing to pay a support obligation with respect to a child who resides in another State, which obligation has remained unpaid for a period longer than 1 year, or is greater than $5,000.

in violation of Title 18 United States Code, Section(s) 228(a)(1), (c)(1)

| | |
|---|---|
| JOSEPH G. SCOVILLE | JOSEPH G. SCOVILLE |
| Name of Issuing Officer | Signature of Issuing Officer |
| United States Magistrate Judge | 2/1/2008 Grand Rapids, Michigan |
| Title of Issuing Officer | Date and Location |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

Certified as a True Copy
Ronald C. Weston, Sr., Clerk
By M. Hetherington
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date FEB 1 2008

OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA
V.
MARK E. ROCHA

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: 1:08-mj-307

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about Dec. 2002 - present (Date) in Ottawa County, in the Western District of Michigan defendant(s) did,

(Track Statutory Language of Offense)
Willfully failed to pay a support obligation with respect to a child who resides in another State, which obligation has remained unpaid for a period longer than 1 year, or is greater than $5,000.

in violation of Title 18 United States Code, Section(s) 228(a)(1), (c)(1).
I further state that I am a(n) Special Agent with HHS-OIG (Official Title) and that this complaint is based on the following facts:

See attached Affidavit.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

/s/
Signature of Complainant

Michael A. Celano
Printed Name of Complainant

Sworn to before me and signed in my presence,

2/1/2008 at Grand Rapids, Michigan
Date City State

JOSEPH G. SCOVILLE U.S. Magistrate Judge
Name of Judge Title of Judge

JOSEPH G. SCOVILLE
Signature of Judge

AFFIDAVIT

1. I, Michael A. Celano, am currently employed as a Special Agent with the Department of Health and Human Services, Office of Inspector General, at the Grand Rapids, Michigan office. I have been serving in this capacity for approximately three years. During this time, I served as lead case agent on several criminal investigations. Prior to this, I have served as a Federal Law Enforcement Officer for approximately 19 years. Sixteen of those years have been as a United States Border Patrol Agent, and three years as a Federal Air Marshal. Throughout this time, I have conducted, and been directly involved with numerous criminal investigations, ranging from narcotic trafficking with task force operations to the production and distribution of counterfeit documents. I have served as lead case agent and operational coordinator for a number of significant criminal cases. My responsibilities include the enforcement of violations related to the 1992 Child Support Recovery Act (CSRA) and conducting federal criminal investigations, including failure to pay court ordered legal child support obligations in violation of Title 18 U.S.C. § 228.

2. This affidavit is based upon my conversations with other law enforcement agents and sources and upon my examination of various transcripts, reports and other records. I believe the following to be true and correct through personal knowledge and investigation, and through information furnished to me by fellow Agents.

3. Child, M.R. was born to Jacklyn A. Matthews and Mark E. Rocha, on July 23, 1996. The child was born during the marriage of Jacklyn Matthews (Rocha) and Mark E. Rocha, which occurred on December 6, 1994.

4. A Final Judgment for Dissolution of Marriage was entered in the Circuit Court of the Fifteenth Judicial Circuit of Florida, in and for Palm Beach County on December 10, 2002. The Judgment orders Mark E. Rocha to pay child support at the rate of $847.36 per month in addition to $125.00 arrearage payment per month until the entire arrearage is extinguished. At the time of this court order, his arrearage payment for child support was already $19,000.00. As of December 2007, his arrearage payment is $54,734.39.

5. The custodial parent, Jacklyn A. Matthews and Child M.R. relocated to Michigan in 2004 and had her child support case transferred to the Ottawa County Friend of the Court, in Grand Haven, Michigan. According to Friend of the Court records, Rocha had not made any payments since his final Judgment of Divorce on December 10, 2002.

6. A review of Ottawa County Friend of the Court records indicate a current child support balance as of December 2007, at $54,734.39 due and owing by Mark E. Rocha. Rocha was ordered to pay $847.36 monthly towards current support and $125.00 monthly towards arrears. According to Friend of the Court records, Rocha has not made a single monthly payment since the Final Judgment of Divorce.

7. As recent as October 13, 2007, the custodial parent, Jacklyn Matthews, signed an affidavit for the Ottawa County Friend of the Court stating she was owed $53,887.03 in child support arrears from Mark E. Rocha, and has not received any direct payments from him. Affiant personally contacted the custodial parent, Jacklyn Matthews, and asked if she had ever received direct child support payments from her former husband, Mark E. Rocha, since the Final Judgment of Divorce in December of 2002. Mrs. Matthews said she has not received any direct payments from her former husband, Mark Rocha.

8. My investigation discovered that Rocha failed to make any child support payments, even though he had the ability to pay. My investigation revealed that Mark Rocha is a Licensed Practical Nurse (LPN) and is currently licensed and employed as an LPN in the state of Massachusetts. The following is Rocha's employment/income history for the calendar years 2006, 2005, 2004, 2003 and 2002:

   - In 2007, Rocha was employed with Joyce Simard Associates, Inc., at 601 State Rd., Westport, MA and his yearly income totaled $23,383.00

   - In 2006, Rocha was employed with Joyce Simard Associates, Inc., at 601 State Rd, Westport, MA and Angel-Star Inc., at 114 Hampson Street Apt D Dracut, MA and his yearly income totaled $15,771.88

   - In 2005, Rocha was employed at Norton & Associates, Inc., at

34 Elm Street Cohasset, MA and Med-Staff, Inc., at 3805 W. Chester Pike Suite 200, Newtown Square, PA and his yearly income totaled $24,409.12

- In 2004, Rocha was employed at Norton & Associates, Inc., at 34 Elm Street, Cohasset, MA and his yearly income totaled $18,951.63

- In 2003, Rocha was employed at Norton & Associates, Inc., at 34 Elm Street, Cohasset, MA and his yearly income totaled $42,927.12

- In 2002, Rocha was employed at Norton & Associates, Inc., at 34 Elm Street, Cohasset, MA and AMN Healthcare Services, Inc., at 12400 High Bluff Drive #100, San Diego, CA and his yearly income totaled $38,270.39

9. Mark E. Rocha has failed to pay past due court ordered child support which is in arrears and which was originally ordered by a Judgment of Divorce in Marriage entered in the 15th Judicial Circuit Court for Palm Beach County, Florida, on December 10, 2002. The Judgment orders Mark E. Rocha to pay child support at the rate of $847.36 per month in addition to $125.00 arrearage payment per month until the entire arrearage is extinguished. Rocha has not made a child support payment to the custodial parent, Jacklyn Matthews, nor has he made a child support payment to either Friend of the Court, in Michigan or the state of Florida since the Final Judgment of Divorce in 2002. Rocha has an arrearage of over $54,000.00.

10. Information from various federal databases reveals that Rocha is currently residing in the State of Massachusetts and was just recently employed at the Bedford Village Nursing Home, Inc., 9 Pope Street, New Bedford, MA. The child M.R. resides in the Western District of Michigan and has so resided since 2004.

11. Title 18, U.S.C § 228 states that a past due support obligation that has remained unpaid for longer than one year, or is in arrears for more than $5,000.00 is punishable, in case of first offense, by a fine of not more than $5,000.00 and imprisonment for not more than six (6) months. In addition, upon conviction, restitution must be ordered in the amount of

the child support arrearage at the time of sentencing. The elements of the offense regarding Title 18, U.S.C. Section 228 requires that the United States prove that the defendant:

- Has the ability to pay;
- Did willfully fail to pay;
- A known child support obligation;
- Which has remained unpaid for longer than one (1) year or is an amount greater than $5,000.00;
- For a child who resides in another state.

12. Based on the information contained in this affidavit, the undersigned affiant has reason to believe that Mark E. Rocha willfully failed to pay past due child support obligations, which are more than one (1) year past due or greater than $5,000.00 for a child who resides in a state other then where he resides, in violation of Title 18, U.S.C. Section 228 (a) (1).

/s/
Michael A. Celano
United States Department of
Health and Human Services
Office of Inspector General

Subscribed and sworn to before
Me, this 1st day of February 2008

JOSEPH G. SCOVILLE
JOSEPH G. SCOVILLE
United States Magistrate Judge

Certified as a True Copy
Ronald C. Weston, Sr., Clerk
By M. Hetherington
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date FEB 1 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------

UNITED STATES OF AMERICA,

Plaintiff,

No. 1:08-mj-307

vs.

MARK E. ROCHA,

Defendant.

/

MOTION TO SEAL

Now comes the United States of America by Charles R. Gross, United States Attorney for the Western District of Michigan, and Jeff J. Davis, Assistant United States Attorney, and moves this court to seal the Complaint, Affidavit, the instant motion and any resulting order and Arrest Warrant in the above entitled case in order that the execution of the arrest warrant be unimpeded and the investigation continue; and that such sealing remain in force and operation until the defendant is advised of these proceedings, arrested, the investigation is completed, or further order of this court.

Respectfully submitted,

CHARLES R. GROSS
United States Attorney

Dated: February 1, 2008

JEFF J. DAVIS
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

IT IS SO ORDERED.

Dated: FEB 1 2008

JOSEPH G. SCOVILLE

JOSEPH G. SCOVILLE
United States Magistrate Judge
United States District Court

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARK E. ROCHA,

Defendant.

No. 1:08-mj-307

Hon. Joseph G. Scoville

**NOTICE OF APPEARANCE**

Charles R. Gross, United States Attorney for the Western District of Michigan and Jeff J. Davis, Assistant United States Attorney, enter their appearance as attorneys for the United States of America in the above captioned case.

Respectfully submitted,

CHARLES R. GROSS
United States Attorney

Date: February 1, 2008

JEFF J. DAVIS
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404