COPY
FILED - GR
February 19, 2008 11:51 AM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette J. Dube
Chief Deputy Clerk

February 14, 2008

CLERK OFFICE

Western District of Michigan

399 Gerald R. Ford Federal Bldg
110 Michigan Street, N.W.
Grand Rapids, MI 49503

**RI Case # 1:08-MJ-21M** – correct #
**Your Docket No. 1:08-mj-307**

On December 5, 2007 Magistrate Judge David L. Martin conducted a Rule 5 hearing in ~~1:07-MJ-119M~~, USA v. ~~Andres Polanco~~. Mark Rocha

The official court record for the District of Rhode Island is the electronic case filing system, CM/ECF. Please be advised you may access this database to obtain original pleadings. Our web site is: https://ecf.rid.circ1.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.

Below is a list of manual filings, exhibits and/or sealed documents, that, due to system limitations or local administrative procedures, require manual transmission:

N/A

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files.

For questions regarding this document or transmission, please contact me at 401-752-7218.

RECEIVED
FEB 25 2008
Property of U.S. District Court
District of Rhode Island

Sincerely,

DAVID A. DIMARZIO

By: [signature]
Martha Saucier, Deputy Clerk